CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Edilberto Verdugo-Ruiz<br>YOB: 1990; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00595 MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about September 17, 2020, at or near Ajo, in the District of Arizona, **Edilberto Verdugo-Ruiz**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Miami, Florida on January 24, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Edilberto Verdugo-Ruiz** is a citizen of Mexico. On January 24, 2020, **Edilberto Verdugo-Ruiz** was lawfully denied admission, excluded, deported and removed from the United States through Miami, Florida. On September 17, 2020, agents found **Edilberto Verdugo-Ruiz** in the United States at or near Ajo, Arizona, without the proper immigration documents. **Edilberto Verdugo-Ruiz** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 18, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54